IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC 1 1 2017
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 12-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL LYNN MAGNER, | |
| Defendant. | |

A Summons (Doc. 30) having been served upon the Defendant, Michael Lynn Magner, in the above-captioned case,

IT IS HEREBY ORDERED that the Final Revocation Hearing is set for **Wednesday, December 13, 2017 at 1:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 11th day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1