FILED

AUG 29 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LYNN MAGNER,<br><br>Defendant. | CR 12-24-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, MICHAEL LYNN MAGNER is hereby released from the custody of the U.S. Marshall Service.

DATED this 29th day of August, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1